People v Rivera (2025 NY Slip Op 06917)

People v Rivera

2025 NY Slip Op 06917

Decided on December 11, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 11, 2025

Before: Kern, J.P., Friedman, Rodriguez, Pitt-Burke, Rosado, JJ. 

Ind. No. 70029/22|Appeal No. 5358|Case No. 2024-07841|

[*1]The People of the State of New York, Respondent,
vNelson Rivera, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.

Judgment, Supreme Court, Bronx County (Alvin Yearwood, J.), rendered December 12, 2024, convicting defendant, upon his plea of guilty, of attempted manslaughter in the first degree, and sentencing him, as a second violent felony offender, to a prison term of seven years of incarceration followed by five years of postrelease supervision, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the mandatory surcharge and fees imposed at sentencing, and otherwise affirmed.
Although defendant was convicted after the enactment of Criminal Procedure Law § 420.35(2-a) and was under the age of 21 years at the time of the crime, the sentencing court and defense counsel failed to acknowledge his eligibility for a waiver of surcharges and fees. Notwithstanding defendant's valid waiver of appeal (see People v Castillo, 226 AD3d 573, 574 [1st Dept 2024] lv denied 41 NY3d 1017 [2024]), we vacate the surcharge and fees imposed on defendant at sentencing based on our own interest of justice powers (see People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People do not oppose this relief.
We have considered defendant's remaining arguments and find them unavailing. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 11, 2025